**UNITED STATES, Plaintiff,**

v.

**NYCC 1959 INC., Defendant.**

Slip Op. 15–25.
Court No. 14–00045.

United States Court of
International Trade.

March 25, 2015.

*ORDER*

DONALD C. POGUE, Senior Judge.

Upon consideration of Plaintiff's Motion to Set Aside the Default Judgment, Reopen This Action, and Grant Leave for Plaintiff to File Corrected Motion for Default Judgment, ECF No. 11 ("Pl.'s Mot."), in which the United States reveals that, following the entry of default judgment in this case, *see* Judgment, ECF No. 10, Government counsel discovered inaccuracies contained in evidence submitted by the United States in support of its claim, which was relied on by the court in ordering judgment against the defaulted Defendant and quoted in the court's opinion, *see* Slip Op. 15–13, ECF No. 9, at 5–6; Pl.'s Mot., ECF No. 11, at 5; upon consideration of all other filings and proceedings had in this action; and upon due deliberation, it is hereby

ORDERED that Plaintiff's motion, ECF No. 11, is granted; and it is further

ORDERED that Slip Opinion 15–13, ECF No. 9, 46 F.Supp.3d 1389 (C.I.T. 2015), and Judgment, ECF No. 10, are vacated and withdrawn; and it is further

ORDERED that Plaintiff's Corrected Motion for Default Judgment, ECF No. 11–1, shall be docketed as filed on the date of this order.